## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LARRY GENE CONNELL,**

　　　*Plaintiff,*

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 4:22cv128-MW/MAF**

**"OFFICER ON DUTY,"**
**MAXINE SOUTHERN, and**
**ASIA SOUTHERN,**

　　　*Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. This action shall be transferred to the U.S. District Court for the District of Colorado. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on May 18, 2022.**

　　　　　　　　　　　　　　　　**s/Mark E. Walker**_____
　　　　　　　　　　　　　　　　**Chief United States District Judge**